IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

v.     Criminal Case No. 09-50103

**IVAN J. SANCHEZ**             **DEFENDANT**

### O R D E R

Now on this 28th day of September, 2012, comes on for consideration the Magistrate Judge's **Report And Recommendation** (document #111), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation** (document #111) is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation**, plaintiff's claims are **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**