**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

UNITED STATES OF AMERICA                                        PLAINTIFF

        v.        Criminal Case No. 09-50103

MANUEL A. GAXIOLA                                               DEFENDANT

<u>**O R D E R**</u>

Now on this 31st day of October, 2013, come on for consideration defendant's **Motion For Return Of Property Under Federal Rule Of Criminal Procedure 41(e)** (document #86), and the **Magistrate Judge's Report And Recommendation** (document #117), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #117) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's **Motion For Return Of Property Under Federal Rule Of Criminal Procedure 41(e)** (document #86) is **denied**.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                    **JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE**